FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 FEB 29 AM 11:35
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ZURICH AMERICAN INSURANCE
COMPANY,

    Interpleader Plaintiff,

v.

GEORGE A. CAMPBELL; THE EICHHOLZ
LAW FIRM, P.C.; VANESSA A.
HAMPTON; STATE OF FLORIDA
DEPARTMENT OF REVENUE; PINELLAS
COUNTY CLERK OF CIRCUIT COURT;
UNITED STATES OF AMERICA; BROOME
COUNTY DEPARTMENT OF SOCIAL
SERVICES; and PACIFIC LEGAL
FUNDING, LLC;

    Defendants.

CASE NO. CV416-034

## ORDER

Before the Court is Interpleader Plaintiff Zurich American Insurance Company's ("Zurich") Motion for Order Authorizing Payment Into the Registry of the Court. (Doc. 13.) Defendant Campbell alleged that he was injured by Savannah Motor's Inc., and Plaintiff—Savannah Motors, Inc.'s insurer—settled the claim for $25,000. Zurich now seeks permission to deposit into the Court's registry the funds payable under the policy. (Id. at 1-2.) Liens in the amount of $71,925.01 have been asserted against the settlement proceeds including an attorney's lien, a federal tax lien, a Medicare lien, child support payments and other judgments. Because of these conflicting claims, Plaintiff is unable to determine to whom it should pay the settlement proceeds.

For this reason and after careful consideration, the motion to deposit funds is **GRANTED IN PART** and **DENIED IN PART**.[1] Accordingly, Zurich is **DIRECTED**, within **ten days** of the date of this order, to present a check payable to the Clerk of Court as a deposit into the registry of this Court. The check is to include, without any deduction for attorney's fees or costs, $25,000.00, which represents the entirety of the proceeds of the settlement, plus any appropriate interest. The Clerk of Court is **DIRECTED** to accept and receive the above funds into the registry of this Court for ultimate disposition only by order of this Court. Pursuant to Southern District of Georgia Local Rule 67.3, the Clerk of Court is **DIRECTED** to deduct a fee from the deposited funds in the amount of 10% of the income earned. This fee shall be collected at the time the Clerk of Court makes any distribution of funds pursuant to a valid order of this Court.

SO ORDERED this 29th day of February 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Zurich also requested that the Court schedule a hearing after all Defendants to this case are served. (Doc. 13 at 2.) At this time, the request is **DENIED**. The Court will determine at a later date whether a hearing is necessary.

2