AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ZURICH AMERICAN INSURANCE
COMPANY,

Plaintiff,

v.

GEORGE A. CAMPBELL et. al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV416-034

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated August 31, 2017, which GRANTED Defendants, United States of America, George A. Campbell, The Eichholz Law Firm, P.C., and Vanessa A. Hampton's Joint Motion to Approve Consent Judgment, DEFAULT JUDGEMENT is HEREBY entered against Defendants State of Florida Department of Revenue, Pinellas County Clerk of Circuit Court, Broome County Department of Social Services, and Pacific Legal Funding, LLC.

August 31, 2017
Date

Scott L. Poff
Clerk

*James R. Burrell*
(By) Deputy Clerk